AIKEN SCHENK HAWKINS & RICCIARDI P.C.
2390 East Camelback Road, Suite 400
Phoenix, Arizona 85016-3479
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail: dlh@ashrlaw.com
E-Mail: ham@ashrlaw.com
D. Lamar Hawkins – 013251
Heather Macre – 026625
Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SOLOMON TECHNOLOGY SOLUTIONS, INC.,<br><br>Debtor.<br><br>Address:  3317 S. Higley Rd.<br>Suite 114-621<br>Gilbert, AZ  85297<br><br>Taxpayer Identification No.:  xx-xxx3005 | Chapter 11 Proceedings<br><br>Case No.  2:15-bk-05667-MCW<br><br>**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS** |

Solomon Technology Solutions, Inc. (the "Debtor"), by and through undersigned counsel, hereby files its List of Creditors Holding 20 Largest Unsecured Claims as attached hereto.

DATED this 8th day of May, 2015.

AIKEN SCHENK HAWKINS & RICCIARDI P.C.

By _____
D. Lamar Hawkins
Heather A. Macre
2390 E. Camelback Rd., Suite 400
Phoenix, Arizona 85016
Attorneys for Debtor

COPY of the foregoing mailed, or served via electronic notification* or fax** or if so marked, this 8th day of May, 2015, to:

Office of the U.S. Trustee* ustpregion14.px.ecf@usdoj.gov
230 N. First Avenue, Suite 204
Phoenix, AZ  85003-1706

_____

440074.1

# UNITED STATES BANKRUPTCY COURT
## District of Arizona

In re   SOLOMON TECHNOLOGY SOLUTIONS, INC.   ,
            Debtor

Case No.   2:15-bk-05667-MCW

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| AHERN RENTALS<br>PO BOX 271390<br>LAS VEGAS, NV<br>89127-1390 | Angela Bailor<br>Fax: 702-647-9866<br>702-800-5833 | Trade debt | Contingent<br>Unliquidated | 319.00 |
| THE WOLFF LAW FIRM<br>1401 E. BROWARD BLVD.<br>STE. 204<br>FT. LAUDERDALE, FL 33301 | George Wolff<br>Fax: 954-827-8300<br>954-565-5040 | Legal Services | Contingent<br>Unliquidated | 588.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| FACILITY ENGINEERING SERVICES<br>630 MAIN ST.<br>REISTERTOWN, MD 21136 | Fax: 410-833-8810<br>410-833-2801 | Trade debt | Contingent<br>Unliquidated | 670.00 |
| FASTENAL COMPANY<br>PO BOX 1268<br>WINONA, MN 55987-1286 | Jessica Vallery<br>Fax: 504-529-3073<br>504-525-1992 | Trade debt | Contingent<br>Unliquidated | 775.00 |
| HILTI, INC.<br>DEPT. 0890<br>PO BOX 120001<br>DALLAS, TX 75312-0890 | Justin Rackleff<br>Fax: 918-461-6252<br>800-879-8000 | Trade debt | Contingent<br>Unliquidated | 985.00 |
| PHILADELPHIA INSURANCE COMPANY<br>PO BOX 70251<br>PHILADELPHIA, PA 19176-0251 | 877-438-7459 | Liability Insurance | Contingent<br>Unliquidated | 1,050.00 |
| ACCU-TECH CORPORATION<br>PO BOX 840781<br>DALLAS, TX 75284-0781 | Steve Miller<br>Fax: 770-740-2260<br>888-222-8832 | Trade debt | Contingent<br>Unliquidated | 1,500.00 |
| NORTHWEST BUSINESS CENTER, LLC<br>PO BOX 371754<br>PITTSBURGH, PA 15251-7754 | Macy Crose<br>Fax: 602-943-7628<br>602-943-6758 | Rent | Contingent<br>Unliquidated | 2,334.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ECHO GROUP, INC. PO BOX 336 COUNCIL BLUFFS, IA 51502 | Mary O'Brien Fax: 712-322-3856 712-322-4120 | Trade debt | Contingent Unliquidated | 2,389.00 |
| VERIZON WIRELESS PO BOX 660108 DALLAS, TX 75266-0108 | Shelly Valkinburg 480-763-6675 | Cell Phone Service | Contingent | 3,865.00 |
| BANK OF AMERICA PO BOX 15796 WILMINGTON, DE 19886-5796 | Tara Lillyblad Fax: 704-719-8707 480-586-3075 | Credit Card Debt | Contingent Unliquidated | 7,093.00 |
| FRAZER, LLP 135 S. STATE COLLEGE BLVD. SUITE 300 BREA, CA 92821 | Lou Rendon, CPA Fax: 714-671-1041 714-990-1040 | Accounting Services | Contingent Unliquidated | 7,586.00 |
| INNOVATIVE SATELLITE SOLUTIONS, LLC 18012 MILL CREEK DR. DERWOOD, MD 20855 | Shari Cornely Fax: 240-668-9397 240-720-1384 | Trade debt | Contingent Unliquidated | 7,780.00 |
| ROPERS, MAJESKI, KOHN & BENTLEY 50 W. SAN FERNANDO ST. STE. 1400 SAN JOSE, CA 95113-2429 | Daniel McKinnon Fax: 408-918-5401 408-287-6262 | Legal Services | Contingent Unliquidated | 20,746.00 |
| BUNTROCK LAW GROUP PLLC 2158 N. GILBERT RD., STE. 119 MESA, AZ 85203 | Shane Buntrock Fax: 480-668-3110 480-664-7728 | Legal Services | Contingent Unliquidated | 24,787.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| WELLS FARGO BANK<br>PO BOX 54349<br>LOS ANGELES, CA 90054-0349 | 888-272-7132 | Revolving Line of Credit | Unliquidated | 94,329.00 |
| GRAIF BARRETT & MATURA, P.C.<br>ATTN: KEVIN BARRETT<br>1850 N. CENTRAL AVE., STE. 500<br>PHOENIX, AZ 85004 | Kevin Barrett<br>Fax: 602-792-5710<br>602-792-8700 | Legal Services | Contingent<br>Unliquidated | 103,407.00 |
| PATRIOT GROUP SERVICES, INC.<br>1978 HIGHWAY 190, STE. B<br>COVINGTON, LA 70433 | Ed Novak<br>985-888-1099 | Trade debt | Contingent<br>Unliquidated | 818,662.00 |